Filed             18-CI-00736   12/17/2018            Allee Combs Whicker, Madison Circuit Clerk

COMMONWEALTH OF KENTUCKY
MADISON CIRCUIT COURT
DIVISION _____
NO.- _____

*Electronically Filed*

KEITH WHITAKER                                                                       PLAINTIFF

v.

WALMART STORES EAST, L.P. d/b/a WAL-MART                           DEFENDANT

    SERVE:    REGISTERED AGENT,
                    CT Corporation System
                    306 W. Main Street, Ste. 512
                    Frankfort, KY 40601

## COMPLAINT

Comes the Plaintiff, Keith Whitaker, by and through undersigned counsel, and for his cause of action against Defendant, Walmart Stores East, L.P. d/b/a Walmart ("Walmart"), hereby states as follows:

1. At all times relevant hereto, Plaintiff was and is a citizen of Berea, Madison County, Kentucky.

2. At all times relevant hereto, Defendant is a foreign corporation with its principal place of business in Bentonville, Arkansas that is registered and actively conducting business in Jefferson County and subject to the jurisdiction of this Court.

3. At all times relevant hereto, Defendant owned, managed, maintained and/or supervised a discount retail store located at 120 Jill Street, Berea, Madison County, Kentucky, 40403.

4. At all times relevant hereto, Defendant, by and through its agents, ostensible

Presiding Judge: HON. BRANDY O. BROWN (625387)

Package : 000003 of 000005

agents, servants, employees and/or representatives, had a duty to maintain said premises in a reasonably safe condition for and to exercise ordinary care with respect to the safety of those legally upon the premises.

5. On or about December 21, 2017, as a direct and proximate result of the negligent acts and/or omissions of Defendant, by and through its agents, ostensible agents, servants, employees and/or representatives, Plaintiff, while lawfully upon said premises exercising due care for his own safety, slipped and fell in a puddle of water in the meat section of the store. As a result, Plaintiff suffered injuries primarily to his right knee.

6. As a direct and proximate result of the negligent acts and/or omissions of Defendant, by and through its agents, ostensible agents, servants, employees and/or representatives, Plaintiff was caused to incur medical expenses both past and future, physical and mental pain and suffering both past and future, lost wages/impaired capacity to earn, increased risk of harm, mental anguish and lost enjoyment of life.

7. The acts and/or omissions of Defendant, by and through its agents, ostensible agents, servants, employees and/or representatives, were undertaken with a reckless disregard for the safety of others in general and the Plaintiff in particular.

8. Plaintiff's damages are in excess of the minimum dollar amount necessary to invoke the jurisdiction of this Court.

**WHEREFORE**, Plaintiff, by and through undersigned counsel, respectfully demands judgment against Defendant as follows:

1. For an amount of compensatory damages that is fair and reasonable as established by the evidence;

2. For an amount of punitive damages that is fair and reasonable as established by

Presiding Judge: HON. BRANDY O. BROWN (625387)

Package : 000004 of 000005

Filed          18-CI-00736     12/17/2018            Allee Combs Whicker, Madison Circuit Clerk

the evidence;

3. For prejudgment interest from the date of injury until such time as judgment is paid;

4. For his costs herein expended; and

5. For any and all other relief to which he may be entitled.

           Respectfully submitted,

           */s/ William E. Cowley, III*
           William E. Cowley, III
           Cowley Law Office
           436 South 7th Street, Suite 200
           Louisville, KY 40203
           (502) 855-3142 (office)
           (502) 855-3166 (fax)
           will@cowley-law.com